

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2023

No. 04-22-00764-CV

**MED SHIELD AMBULANCE, INC.**,
Appellant

v.

Oscar **CASTANO**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 21-05-40016-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

On February 3, 2023, the parties filed a "Joint Motion to Abate Appeal Pending Settlement." The parties represent to this court that a settlement has been reached and "effectuation of the settlement is pending." The parties request an abatement until March 6, 2023.

The joint motion is GRANTED, and the parties are ORDERED to file, **no later than March 6, 2023**, either (1) an agreed/joint motion to dismiss that fully complies with Texas Rule of Appellate Procedure 42.1 or (2) a second joint motion for abatement that fully explains the delay in effectuating the settlement and the steps being taken to effectuate the settlement.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court